UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                      :

TIFFANY SNYDER,                           :

                Plaintiff,        :

                                  :

              -v-                  :        22-CV-2440 (JMF)

                                  :

NEOGEN CORP. et al.,                   :

                                  :

                Defendants.     :

                                  :
--------------------------------------------------------------------X

SHIVA STEIN,                             :

                                  :

                Plaintiff,        :

                                  :        22-CV-2683 (JMF)

              -v-                  :

                                  :

NEOGEN CORP. et al.,                   :        <u>ORDER</u>

                                  :

                Defendants.     :

                                  :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that counsel for the parties in the above-captioned actions shall confer as to whether these two actions should be consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure or otherwise coordinated.  No later than **June 1, 2022**, counsel shall submit a joint letter, to be filed on the docket in both cases, indicating their positions regarding such consolidation or coordination.

      SO ORDERED.

Dated: May 24, 2022
       New York, New York                                          
                                            JESSE M. FURMAN
                                       United States District Judge