```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
TIFFANY SNYDER,                                           :
                                                          :
                              Plaintiff,                  :
                                                          :
              -v-                                         :     22-CV-2440 (JMF)
                                                          :
NEOGEN CORP. et al.,                                      :
                                                          :
                              Defendants.                 :
                                                          :
-----------------------------------------------------------------------X
                                                          :
SHIVA STEIN,                                              :
                                                          :
                              Plaintiff,                  :
                                                          :     22-CV-2683 (JMF)
              -v-                                         :
                                                          :
NEOGEN CORP. et al.,                                      :           ORDER
                                                          :
                              Defendants.                 :
                                                          :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On March 25, 2022, Plaintiff Tiffany Snyder filed a complaint in 22-CV-2440. On April 1, 2022, Plaintiff Shiva Stein filed a similar complaint in 22-CV-2683. On May 24, 2022, the Court directed the parties to address whether consolidation would be appropriate. *See* 22-CV-2440, ECF No. 7; 22-CV-2683, ECF No. 4.

Both Plaintiffs requested that the Court consolidate the actions. *See* 22-CV-2440, ECF No. 8. As the above-captioned actions involve common questions of law and fact and Plaintiffs agree that consolidation is appropriate, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 22-CV-2440.

The initial pretrial conference currently scheduled for **July 6, 2022**, *see* 22-CV-2440, ECF No. 6, shall apply to all parties in the cases consolidated under 22-CV-2440.

The Clerk of Court is directed to consolidate 22-CV-2440 and 22-CV-2683 under case number 22-CV-2440, and to close 22-CV-2683.  **All future filings shall be made in 22-CV-2440 only.**

SO ORDERED.

Dated: June 2, 2022
      New York, New York

                                     JESSE M. FURMAN
                                     United States District Judge