UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TIFFANY SNYDER, :
:
Plaintiff, :
:
-v- : 22-CV-2440 (JMF)
:
NEOGEN CORP. et al., :
:
Defendants. :
:
------------------------------------------------------------------X
:
RICHARD LAWRENCE, :
:
Plaintiff, :
: 22-CV-6232 (JMF)
-v- :
:
NEOGEN CORP. et al., : ORDER
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    It is hereby ORDERED that counsel for the parties in the above-captioned actions shall confer as to whether these two actions should be consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure or otherwise coordinated.  No later than **August 5, 2022**, counsel shall submit a joint letter, to be filed on the docket in both cases, indicating their positions regarding such consolidation or coordination.

    SO ORDERED.

Dated: July 27, 2022
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge