UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TIFFANY SNYDER, :
:
Plaintiff, :
:
-v- : 22-CV-2440 (JMF)
:
NEOGEN CORP. et al., :
:
Defendants. :
:
------------------------------------------------------------------------X
:
RICHARD LAWRENCE, :
:
:
Plaintiff, :
: 22-CV-6232 (JMF)
-v- :
:
NEOGEN CORP. et al., : ORDER
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 22, 2022, Plaintiff Richard Lawrence filed a complaint in 22-CV-6232 that is similar to the two complaints consolidated under 22-CV-2440. On July 27, 2022, the Court directed the parties to address whether consolidation would be appropriate. *See* 22-CV-2440, ECF No. 14; 22-CV-6232, ECF No. 4.

All parties requested that the Court consolidate the actions. *See* 22-CV-2440, ECF No. 15. As the above-captioned actions involve common questions of law and fact and all parties agree that consolidation is appropriate, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 22-CV-2440.

The initial pretrial conference currently scheduled for **September 19, 2022**, *see* 22-CV-2440, ECF No. 13, shall apply to all parties in the cases consolidated under 22-CV-2440.

The Clerk of Court is directed to consolidate 22-CV-2440 and 22-CV-6232 under case number 22-CV-2440, and to close 22-CV-6232.  **All future filings shall be made in 22-CV-2440 only.**

SO ORDERED.

Dated: August 1, 2022　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge