# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY SNYDER,<br><br>               Plaintiff,<br><br>vs.<br><br>NEOGEN CORPORATION, JOHN E. ARDENT, JAMES C. BOREL, RALPH A. RODRIGUEZ, CATHERINE E. WOTECKI, WILLIAM T. BOEHM, RONALD D. GREEN, JAMES P. TOBIN, and DARCI L. VETTER,<br><br>               Defendants. | Case No.: 1:22-cv-02440-JMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Tiffany Snyder ("Plaintiff") voluntarily dismisses her individual claims in the above-captioned consolidated action (the "Action") against all defendants. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 19, 2022

The Clerk of Court is directed to close the case.

SO ORDERED.

*[signature]*

August 22, 2022

**BRODSKY & SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith
240 Mineola Boulevard
Mineola, NY  11501
Phone:  (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*